# NO. 12-13-00220-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JAY HARTSELL,* *APPELLANT* | § | *APPEAL FROM THE 392ND* |
| *V.* | | |
| *STAR HARBOR MARINA* *DEVELOPMENT, LTD. AND* *P&W STAR HARBOR, LLC,* *A TEXAS LIMITED LIABILITY* *COMPANY,* | § | *JUDICIAL DISTRICT COURT* |
| *APPELLEES* | § | *HENDERSON COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant has filed a motion to dismiss this appeal. In his motion, Appellant states that he has determined that the order he seeks to appeal is interlocutory and is not appealable. Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is ***granted***, and the appeal is ***dismissed***.

Opinion delivered July 24, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 24, 2013**

**NO. 12-13-00220-CV**

**JAY HARTSELL**,

Appellant

V.

**STAR HARBOR MARINA DEVELOPMENT, LTD. AND**
**P&W STAR HARBOR, LLC, A TEXAS LIMITED LIABILITY COMPANY,**

Appellees

Appeal from the 392nd Judicial District Court
of Henderson County, Texas. (Tr.Ct.No. 2012B-1006)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion be **granted** and the appeal be **dismissed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*